**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al,

                    Petitioners,                                           25 **CIVIL** 10740 (JPC)

          -against-                                                        **JUDGMENT**

     JJD MATTHEW CONSTRUCTION INC.,

                    Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2026, Petitioners' Petition to confirm arbitration is granted. Accordingly, judgment is entered in favor of Petitioners and against JJD in the amount of $478,399.64, with prejudgment interest at a rate of 9.5% beginning on August 13, 2025 in the amount of $32,498.41 and the Court grants $703 in attorneys' fees and $500 in costs. Postjudgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full and the case is closed.

**Dated**: New York, New York
          May 01, 2026

                                                                TAMMI M. HELLWIG
                                                        _____
                                                                **Clerk of Court**

                                        BY:          _____
                                                                **Deputy Clerk**